```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  FAYETTEVILLE DIVISION

CURT WOLFE AND PENNY WOLFE,
AS NEXT FRIENDS OF W.W.                              PLAINTIFFS

     v.              Case No. 08-5205

FAYETTEVILLE, ARKANSAS
SCHOOL DISTRICT AND
BYRON LYNN ZEAGLER                                   DEFENDANTS
```

**O R D E R**

Currently before the Court are Defendants' Motion to Amend or Clarify Scheduling Order (doc. 54) and Plaintiffs' Motions (1) to Extend Deadline for Completion of Discovery and (2) to Exceed the Number of Depositions Plaintiff is Allowed to Take under Fed. R. Civ. P. 30(a)(2)(A)(i) (doc. 55).  Collectively, these motions request that the Court revise its Amended Scheduling Order (doc. 41) dated August 19, 2009.  Plaintiffs also seek leave to take additional depositions under Federal Rule 30(a)(2)(A)(i).  Upon review of these motions, the Court holds that Defendants' motion (doc. 54) is **GRANTED,** and Plaintiffs' motion (doc. 55) is **GRANTED IN PART AND DENIED IN PART.**  Therefore, the Court's Amended Scheduling Order is revised as follows:

1. The expert disclosure deadline is January 15, 2010.
2. The discovery deadline is extended to February 5, 2010. Additional discovery will be limited to the depositions to which the parties have agreed.  These include the depositions of Bobby New, Byron Zeagler, Dylan Gray,

      Diana Faulkner, Officer Foster, and Curtis Romero.  The parties may also depose any experts disclosed on, or prior to, January 15, 2010.

3. The dispositive motion deadline is extended to February 26, 2010.

This case remains set for jury trial during the week of May 3, 2010.

IT IS SO ORDERED this 5th day of January 2010.

                                  */s/ Robert T. Dawson*
                                  Honorable Robert T. Dawson
                                  United States District Judge