IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

BILLY WOLFE                                                                                          PLAINTIFF

V.                           Case No. 5:08-CV-05205 RTD

FAYETTEVILLE, ARKANSAS
SCHOOL DISTRICT                                                                              DEFENDANT

**DEFENDANT'S OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**

Defendant Fayetteville School District, by and through its counsel, Friday, Eldredge & Clark, LLP, submits the following objections to Plaintiff's Pretrial Disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(B):

1. Defendant objects to any document not disclosed during discovery. The parties have not exchanged exhibits and therefore, Defendant cannot identify with certainty those exhibits, if any, containing documents that were not produced during discovery. For instance, Exhibit 13 is identified as "Emails, Wolfes with FPS, McNair Middle School." While Defendant does not object generally to emails to and from the Wolfes, it does object to emails that have not been previously produced. Similarly, Exhibits 25-42 are described as Facebook Screen Prints. Defendant cannot ascertain from the Plaintiff's description whether or not these documents have been produced and objects to all that have not. To Defendant's knowledge, Plaintiff has not produced Exhibits 26, 28, 33, 34, 35, 39, 42, 43 or 47.

2. Defendant objects to Exhibit No. 13, 14 and 15 with regard to those purported emails which lack the proper indicia that the purported email was actually sent. These purported emails are inadmissible under Fed. R. Civ. P. 901. Plaintiff produced several emails from Mrs. Wolfe to FSD teachers and administrators and most contain a date indicating that the email was sent to the recipient. Plaintiff also produced several emails from Mrs. Wolfe that lack any indication that

1

the correspondence from Mrs. Wolfe was actually sent. For instance, Plaintiff produced email chains between herself and one of Wolfe's teachers Terry Rhodes. The correspondence addresses some missed work that Wolfe did not turn in and Mr. Rhodes' attempt to schedule a meeting with Mrs. Wolfe to discuss Wolfe's grades and behavior. Several of the emails contain a date and time sent but there appears to be a message from Mrs. Wolfe interspersed in the other emails. There is not a date or time on this email and no indication when or if it was sent or to whom it was sent. Mrs. Wolfe also exchanged emails with Dr. Strickland regarding the November 15, 2004 fight on the school bus. Some emails indicate a time sent and some do not. It is impossible to determine whether or not the undated emails were ever sent or even when they were written. Mrs. Wolfe was unable to explain why these emails appear in these email chains and do no contain a date. Additionally, in response to Defendant's Motion for Summary Judgment, Plaintiff attached an undated email from Penney Wolfe to Sallie Langford. See Exhibit 29 to Plaintiff's Response to Defendant's Motion for Summary Judgment (filed under seal). Plaintiff cannot lay the proper foundation that this email was actually sent to Ms. Langford. As a side note, Defendant also objects to the purported email to Ms. Langford because Plaintiff failed to produce the email during discovery.

     3. Defendant objects to Plaintiff's Exhibits 17, 18, 19 and 20 which are identified by the Plaintiff as Newspaper Articles from the Arkansas Democrat Gazette, New York Times, Northwest Arkansas Times and the Morning News. These articles are objectionable under Fed. R. Evid. 801 and 802.

     4. Defendant objects to Plaintiff's Exhibit 65 which is identified as ACE Insurance policy. Defendant's insurance policy is not admissible under Fed. R. Civ. P. 411.

5.  Defendant reserves the right to make additional objections after the parties exchange exhibits.

Respectfully submitted,

Christopher Heller (Ark. Bar No. 81083)
Ellen Owens Smith (Ark. Bar No. 96205)
Khayyam Eddings (Ark. Bar No. 2002008)
FRIDAY, ELDREDGE & CLARK
400 West Capitol, Suite 2000
Little Rock, Arkansas  72201-3493
(501) 376-2011
E-mail: heller@fridayfirm.com
E-mail: esmith@fridayfirm.com
E-mail: keddings@fridayfirm.com

/s/ *Christopher Heller*
Attorneys for Defendants
Fayetteville, Arkansas School District

## CERTIFICATE OF SERVICE

I do hereby certify that on April 19, 2010, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

- **Arthur A. Benson , II**
  abenson@bensonlaw.com, lchavez@bensonlaw.com
- **David Westbrook Doss , Jr**
  west@dosslaw.biz, candace@dosslaw.biz
- **Jamie Kathryn Lansford**
  jlansford@bensonlaw.com,lchavez@bensonlaw.com
- **Brian Forrest McCallister**
  brian@mccallisterlawfirm.com,vickie@mccallisterlawfirm.com,
- renee@mccallisterlawfirm.com,chris@mccallisterlawfirm.com
- **Kyle T. Unser**
  kyle@dosslaw.biz,kyleunser@gmail.com

/s/ *Christopher Heller*
Attorneys for Defendants
Fayetteville, Arkansas School District