```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FAYETTEVILLE DIVISION
```

WILLIAM WOLFE                                              PLAINTIFF

    v.                Case No. 08-5205

FAYETTEVILLE, ARKANSAS
SCHOOL DISTRICT                                            DEFENDANT

## O R D E R

On April 9, 2010, this Court entered its Order denying the Motion for Partial Summary Judgment filed by Defendant Fayetteville School District.  Thereafter, the Court granted Defendant leave to reply to Plaintiff's response to its motion; Defendant filed its reply on April 15, 2010.  The Court, having considered Defendant's reply, affirms its Order of April 9, 2010.  Therefore, Defendant's Motion for Partial Summary Judgment is **DENIED.**

IT IS SO ORDERED this 21th day of April 2010.

                                                      _/s/ Robert T. Dawson_
                                                      Honorable Robert T. Dawson
                                                      United States District Judge